UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD KOPP and CAROL KOPP,

    Plaintiffs,

v.                                                  CASE NO.: 8:09-cv-1109-T-23MAP

MERITPLAN INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

A September 13, 2010, order (Doc. 30) refers to Magistrate Judge Mark A. Pizzo for a report and recommendation the plaintiffs' motion (Doc. 26) for attorney's fees. Judge Pizzo recommends (Doc. 32) granting in part and denying in part the plaintiffs' motion. Neither the plaintiffs nor the defendant timely objects to the recommendation. Accordingly, the report and recommendation (Doc. 32) is **ADOPTED**. The plaintiffs' motion (Doc. 26) is **GRANTED IN PART** to the extent that the Clerk is directed to enter a judgment against the defendant and in favor of the plaintiffs in the amount of **$1,050.00** in attorney's fees. To the extent that the motion seeks additional relief, the motion (Doc. 26) is **DENIED**.

    ORDERED in Tampa, Florida, on February 2, 2011.

                                                         STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE